IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DETROIT VALLEY, INDIVIDUALLY AND IN HIS CAPACITY AS INDEPENDENT EXECUTOR OF THE ESTATE OF LAURA EDWARDS, DECEASED; AND TEKESHIA VALLERY,<br><br>*Plaintiffs*,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 1:25-CV-00402-MJT<br><br>JUDGE MICHAEL TRUNCALE |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On April 19, 2026, the Court referred Defendants/Counter-Plaintiffs/Third-Party Plaintiffs Select Portfolio Servicing, Inc. and U.S. Bank Trust Company, National Association's ("Third-Party Plaintiffs") *Motion for Default Judgment* [Dkt. 27] to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and disposition. [Dkt. 28]. On July 21, 2026, Judge Hawthorn issued a *Report and Recommendation*, which recommended granting the motion. [Dkt. 32].

The court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 32] along with the record, pleadings, and all available evidence. The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct. The parties have not filed objections to the *Report and Recommendation*, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 32] that Third-Party Plaintiffs Motion for Default Judgment against Third-Party Defendant Frank Neal Edwards Jr. is ADOPTED.

**SIGNED this 11th day of August, 2026.**

Michael J. Truncale
United States District Judge